IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No.   05-cr-294-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. AMADO MEDINA,
2. LUCY MEDINA,
3. MARIA MEDINA,
4. **ARMANDO MEDINA-GOMEZ, a/k/a "Junior",**
5. ARMANDO VALDOVINOS, a/k/a Baldobinos,
6. FRANCISCO VELEZ, a/k/a Francosco Veles, a/k/a "Chico",
7. MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly",
8. LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9. EDILBERTO MEDINA-CASTENADA, a/k/a "Beto", a/k/a "Betito",
10. ANGEL VELEZ-MEDINA,
11. MIGUEL IZAGUIRRE,
12. PATRICK MADRID,
13. MARTIN VALDOVINES-VAZQUEZ,
14. INGRID CALAR,
15. SAUL GARCIA-ANTILLON,
16. CARLOS SIMENTAL,
17. **ROBERT OLIVAS,**
18. ANTHONY PINO,
19. ROSARIO VARGAS,
20. SANTIAGO MEDINA,
21. ELMA GARCIA,
22. EDGAR GARCIA-ANTILLON,
23. MARTIN PELAYO,
24. ISIDRO PELAYO-CASTELLON,
25. ALONSO MEDINA,
26. EUGENIO SANTANA,
27. HECTOR HERNANDEZ-HINOJOS,
28. JOSE ALBERTO MALDONADO-GARCIA,

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      A Change of Plea Hearing is set for Defendant #17, Robert Olivas, for **June 6, 2007 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and the Probation Department no later than noon on June 4, 2007.

---

Dated:  March 30, 2007