**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

_____

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | Date: September 11, 2007 |
| Court Reporter: Janet Coppock | Probation: Susan Heckman |
| Interpreter: n/a | |

_____

Criminal Action No.: 05-cr-294-JLK-17      <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Mark J. Barrett

    Plaintiff,

v.

17.    ROBERT OLIVAS,                       Randy S. Reisch

    Defendant.

---

**COURTROOM MINUTES - SENTENCING**

---

**2:30 p.m.      Court in session.**

Defendant is present and in custody.

Preliminary remarks by the Court.

Statement by Mr. Reisch.

**ORDERED:   Government's Motion For Reduction Of Sentence Pursuant To §5K1.1 (Filed 9/11/2007; Doc. No. 897) is GRANTED.**

> Defendant plead guilty to **Count Eighteen** on **June 6, 2007**

Statements by Mr. Reisch and Defendant.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that defendant is hereby committed to the custody of the**

Case 1:05-cr-00294-JLK   Document 913   Filed 09/11/07   USDC Colorado   Page 2 of 2

*05-cr-294-JLK-17*
*September 11, 2007*
*Sentencing*

## **Bureau of Prisons to be imprisoned for a term of time served.**

**ORDERED**:   Upon release from imprisonment, defendant shall be placed on probation for a period of **5 years**.

**ORDERED**:   Conditions of probation:

- (X)   Upon release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X)   Defendant shall comply with standard conditions adopted by the court.
- (X)   Defendant shall not unlawfully possess a controlled substance.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of probation:

- (X)   Defendant shall participate in a program of testing and treatment for drug/alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay for the cost of treatment as directed by the probation officer.

**ORDERED:**   **Defendant is remanded to the custody of the U.S. Marshal until immediate release.**

**2:40 p.m.**   **Court in recess.**
Hearing concluded.
Time: 10 minutes