IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00294-JLK-17

UNITED STATES OF AMERICA,

    Plaintiff,

v.

17. ROBERT OLIVAS,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

    Upon petition of the United States and for good cause shown, it is hereby

    ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce ROBERT OLIVAS, DOC #138852, before a United States Magistrate Judge forthwith, for proceedings and appearances pursuant to the supervised release violation petition, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

DATED at Denver, Colorado, this 10th day of March, 2010.

                                          BY THE COURT:

                                          *s/Craig B. Shaffer*
                                          Craig B. Shaffer
                                          United States Magistrate Judge