IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **05-cr-294-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**17. ROBERT OLIVAS,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    A Supervised Release Revocation Hearing is scheduled for **April 28, 2010 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: March 31, 2010